# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TEOFILO MARTINEZ GRANADOS,** | ) | 8:08CV3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DAVID MATHIAS BOWMAN and** | ) | |
| **WESTERN EXPRESS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendants' Motions to Compel (Filing No. 43) and Defendants' Motion for Request of Court to Issue Subpoena Duces Tecum (Filing No. 46). Defendants' move the Court to Compel Plaintiff to sign a Form G-639, the Department of Homeland Security, U.S. Citizenship and Immigration Services Freedom of Information/Privacy Act Request Form for the purpose of obtaining the naturalization and citizenship records of Plaintiff. Upon consideration,

**IT IS ORDERED:**

1. The Defendants' Motion to Compel (Filing No. 43) and Motion for Request of Court to Issue Subpoena Duces Tecum (Filing No. 46) are granted.

2. The Plaintiff, within seven days of the date of this Order, shall sign and return the Form G-639 to Defendants' counsel.

3. Upon receipt of the signed Form G-639 from Defendants' counsel, the U.S. Citizenship and Immigration Services National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, is to take all measures to provide Plaintiff's naturalization and citizenship records of Plaintiff, Teofilo Martinez Granados, to Defendants' counsel by **June 24, 2009.**

DATED this 26th day of May, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge