## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TEOFILO MARTINEZ GRANADOS,** | ) | |
| | ) | **8:08CV3140** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **DAVID MATHIAS BOWMAN and** | ) | |
| **WESTERN EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal (Filing No. 56).  The Court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 56) is granted and this case is dismissed with prejudice, each party to pay their own costs.

DATED this 7th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge